UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANGELA DENISE WHITAKER**,

    **Plaintiff**,

v.                                               Case No. 3:22cv22249-TKW-HTC

**TRISTAR PRODUCTS, INC.**,

    **Defendant**.
_____/

## ORDER OF DISMISSAL

Based on the stipulation to dismiss (Doc. 36), it is **ORDERED** that all pending motions are denied as moot, this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the case file.

**DONE and ORDERED** this 12th day of August, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**